UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
TRESHA HEWITT,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :          22-CV-9636 (VSB)
              -against-                                     :
                                                            :        **ORDER AND NOTICE OF**
OLD REPUBLIC INSURANCE COMPANY,   :                                  **INITIAL CONFERENCE**
RAISER-NY, LLC, and UBER                                    :
TECHNOLOGIES, INC.,                                         :
                                                            :
                              Defendants.   :
------------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

         This case has been assigned to me for all purposes.  It is hereby:

         ORDERED that the Court will not be holding an initial pretrial conference.

         IT IS FURTHER ORDERED that, by November 23, 2022, the parties submit a joint

letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

    1.    A brief description of the nature of the action and the principal defenses
          thereto;

    2.    A brief explanation of why jurisdiction and venue lie in this Court.  If any
          party is a corporation, the letter shall state both the place of incorporation
          and the principal place of business.  If any party is a partnership, limited
          partnership, limited liability company or trust, the letter shall state the
          citizenship of each of the entity's members, shareholders, partners and/or
          trustees;

    3.    A brief description of all contemplated and/or outstanding motions;

    4.    A brief description of any discovery that has already taken place, and/or
          that which will be necessary for the parties to engage in meaningful
          settlement negotiations;

    5.    A brief description of prior settlement discussions (without disclosing the
          parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:   November 15, 2022
         New York, New York

Vernon S. Broderick
United States District Judge