UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRESHA HEWITT,                                              :
                                                            :
                                    Plaintiff,              :
                                                            :         22-CV-9636 (VSB)
                  -against-                                 :
                                                            :         **ORDER**
OLD REPUBLIC INSURANCE COMPANY,                             :
RAISER-NY, LLC, and UBER                                    :
TECHNOLOGIES, INC.,                                         :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

The case management plan in this action required the parties "to submit a joint letter updating the Court on the status of the case" by April 7, 2023, in preparation for a post-discovery telephonic conference on April 12, 2023. (Doc. 13 ¶¶ 11–12.) That letter has not been submitted. Parties shall submit this letter by April 11, 2023.

SO ORDERED.

Dated:   April 10, 2023
         New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge