UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRESHA HEWITT,                                              :
                                                            :
                                      Plaintiff,            :
                                                            :     22-CV-9636 (VSB)
            -against-                                       :
                                                            :     **ORDER**
OLD REPUBLIC INSURANCE COMPANY,                             :
RAISER-NY, LLC, and UBER                                    :
TECHNOLOGIES, INC.,                                         :
                                                            :
                                      Defendants.           :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       With the consent of the parties and for the reasons stated at the status conference on April 20, 2023, at 1:00 p.m., this matter is STAYED pending the resolution of claims proceedings being handled by the New York State Liquidation Bureau. Parties shall submit a status letter on the progress of those proceedings by May 22, 2023.

SO ORDERED.

Dated:   April 21, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge