UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
TRESHA HEWITT,                                             :
                                                           :
                         Plaintiff,   :
                                       :  22-CV-9636 (VSB)
          -against-                                 :
                                       :  **ORDER**
OLD REPUBLIC INSURANCE COMPANY, :
RAISER-NY, LLC, and UBER                                   :
TECHNOLOGIES, INC.,                                        :
                                                           :
                     Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pursuant to my order at Doc. 18, parties were to submit a status letter on the progress of proceedings being handled by the New York State Liquidation Bureau by May 22, 2023. Parties shall submit this letter by May 30, 2023.

SO ORDERED.

Dated:   May 24, 2023
            New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge