UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                  :
TRESHA HEWITT,                           :
                                                  :
                               Plaintiff,   :
                                                  :                  22-CV-9636 (VSB)
                       -against-           :
                                                   :                  **ORDER**
OLD REPUBLIC INSURANCE COMPANY, :
RAISER-NY, LLC, and UBER            :
TECHNOLOGIES, INC.,                    :
                                                 :
                               Defendants.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to my order at Doc. 23, parties were to submit a status letter on the progress of proceedings being handled by the New York State Liquidation Bureau by August 15, 2023. Parties shall submit this letter by August 25, 2023. I note with some concern that this is the third time that I have had to remind parties to submit status letters, (Docs. 14, 19), and expect that parties will adhere to court-issued deadlines going forward.

SO ORDERED.

Dated:    August 21, 2023
             New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge