UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRESHA HEWITT,<br><br>      Plaintiff,<br><br>    -against-<br><br>OLD REPUBLIC INSURANCE COMPANY, RAISER-NY, LLC, and UBER TECHNOLOGIES, INC.,<br><br>      Defendants. | 22-CV-9636 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

   This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

   The parties shall file a status update by **September 25, 2023**. The stay in this action shall remain in place pending further order of the Court.

Dated: August 28, 2023
     New York, New York

                     SO ORDERED.

                     *Jessica Clarke*
                     JESSICA G. L. CLARKE
                     United States District Judge