UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRESHA HEWITT,<br><br>                Plaintiff,<br><br>-against-<br><br>OLD REPUBLIC INSURANCE COMPANY, RAISER-NY, LLC, and UBER TECHNOLOGIES, INC.,<br><br>                Defendants. | 22-CV-9636 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The deadline for the parties to file the joint status letter elapsed on October 25, 2023. See ECF No. 28 ("September 26 Order"). Counsel for Plaintiff also failed to file a notice of appearance by this date. The parties are ordered to comply with the Court's September 26 Order no later than **November 3, 2023**. If the parties continue to violate court orders, the Court may issue sanctions.

Dated: October 30, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge